# NANCY ISAACSON, CHAPTER 7 TRUSTEE

Greenbaum Rowe Smith & Davis, LLP

75 Livingston Ave.

Roseland, NJ  07068

(973) 535-1600

nisaacson@greenbaumlaw.com

December 15, 2023

Jeanne A. Naughton, Clerk
United States Bankruptcy Court
Martin Luther King, Jr.
Federal Building
50 Walnut Street
Newark, NJ  07102

        **Re:  MARIA DESRAVINES**
             **Case Number: 23-12392**

Dear Ms. Naughton:

    In response to the Court's memo to trustee requesting no asset report, please be advised that I am in the process of reviewing information to determine if there are any potential assets to pursue on behalf of the bankruptcy estate.  I estimate that I will be able to close this case by February 29, 2024.

                                                    Very truly yours,

                                                    */s/Nancy Isaacson*
                                                    NANCY ISAACSON

NI/teb